JJ & R Chiropractic PC, a/a/o Eugenie Revange, Plaintiff-Respondent, 
against
MVAIC, Defendant-Appellant.




Defendant appeals from an order of the Civil Court of the City of New York, New York County (Mary V. Rosado, J.), entered April 18, 2018, which denied its motion for summary judgment dismissing the complaint.




Per Curiam.
Order (Mary V. Rosado, J.), entered April 18, 2018, affirmed, with $10 costs.
This action, seeking recovery of no-fault first-party benefits, is not ripe for summary dismissal, since defendant MVAIC failed in its burden to establish, prima facie, that plaintiff's assignor was not a "qualified person" entitled to no-fault coverage (see Socrates Med. Health, P.C. v MVAIC, 29 Misc 3d 129[A], 2010 NY Slip Op 51780[U] [App Term, 1st Dept 2010]). Nor has defendant established that plaintiff was required to "exhaust its remedies" against the vehicle's owner prior to commencing this action (see Omega Diagnostic Imaging, P.C. v MVAIC, 30 Misc 3d 145[A], 2011 NY Slip Op 50432[U] [App Term, 1st Dept 2011]; Omega Diagnostic Imaging, P.C. v MVAIC, 29 Misc 3d 129[A], 2010 NY Slip Op 51779[U] [App Term, 1st Dept 2010]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: October 04, 2019